

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00282-CR

Jeremy Ray **ROTHENAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR3013
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 24, 2023.

_____
Beth Watkins, Justice